# **EXHIBIT B**

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TRACY L. ALLEN,<br><br>      Plaintiff,<br>v.<br><br>EVOLUTION INSURANCE BROKERS, LC dba PRIME INSURANCE COMPANY; NUNEZ TRUCKING LOGISTICS; and JUAN NUNEZ-JAVIER,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. SUCV2022000976 |

## **NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:    CLERK, SUPERIOR COURT OF BARTOW COUNTY
           135 W Cherokee Ave # 233
           Cartersville, GA 30120

PLEASE TAKE NOTICE that Defendant Evolution Insurance Brokers, LC (improperly named as "Evolution Insurance Brokers, LC d/b/a/ Prime Insurance Company"), by and through undersigned counsel, have on this date filed its Petition for Removal to the United States District Court for the Northern District of Georgia, Rome Division, a copy of which is attached hereto as Exhibit "A."

This 22nd day of September 2022.

                                      **WEINBERG, WHEELER, HUDGINS,**
                                       **GUNN & DIAL, LLC**

                                      */s/ J. Alex Prescott*
                                      John C. Bonnie
                                      Georgia Bar No. 067540
                                      Stephen J. Rapp
                                      Georgia Bar No. 103806
                                      J. Alex Prescott
                                      Georgia Bar No. 966471
                                      jbonnie@wwhgd.com
                                      srapp@wwhgd.com
                                      jprescott@wwhgd.com

        3344 Peachtree Road, N.E.
        Suite 2400
        Atlanta, Georgia 30326
        T: (404) 591-9641
        F: (404) 875-9433
        *Attorneys for Evolution Insurance Brokers, LC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing *NOTICE OF FILING OF PETITION FOR REMOVAL* to the Clerk of Court using the Court's e-filing system which will automatically send electronic mail notification of such filing to the following parties and counsel of record:

Morgan G. Adams
Danny R. Ellis
TRUCK WRECK JUSTICE, LLC
1419 Market Street
Chattanooga, TN 37402
adams@truckwreckjustice.com
danny@truckwreckjustice.com

Wayne S. Melnick
Carlos A. Fernández
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
wmelnick@fmglaw.com
carlos.fernandez@fmglaw.com

This 22nd day of September 2022.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ J. Alex Prescott*
J. Alex Prescott
Georgia Bar No. 966471